**Order entered February 14, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01261-CR

**TOMMY STONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-59672-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's February 10, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Hazlewood, as official court reporter of the Criminal District Court No. 7, to file the complete record by **MARCH 1, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, and to counsel for all parties.


/s/  DAVID EVANS
   JUSTICE